**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LANI GLEAVES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 1:11-cv-00042-RJL |
| vs. ) | |
| ) | |
| ) | **NOTICE OF DISMISSAL** |
| NELSON, HIRSCH & ASSOCIATES, INC., ) | |
| ) | |
| Defendant. ) | |

Now comes the Plaintiff, LANI GLEAVES, by and through her attorneys, and hereby advises the Court that she is dismissing the above-captioned matter with prejudice, pursuant to a settlement agreement reached between the parties

Respectfully Submitted,

_____/s/_____
Jonathan E. Agin (466256)
Attorney for Plaintiff
Of Counsel to Luxenburg & Levin, LLC
1012 14th Street, NW
Suite 415
Washington, DC  20005
(888) 493-0770, ext. 306 (phone)
(866) 551-7791 (facsimile)
Jon@LuxenburgLevin.com

## CERTIFICATE OF SERVICE

I hereby certify that, on May 19, 2011, a copy of the foregoing Notice of Dismissal was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

                                                                                  /s/

Jonathan E. Agin (466256)
Attorney for Plaintiff
Of Counsel to Luxenburg & Levin, LLC
1012 14th Street, NW
Suite 415
Washington, DC  20005
(888) 493-0770, ext. 306 (phone)
(866) 551-7791 (facsimile)
Jon@LuxenburgLevin.com